UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES E. COHAN, | Case No. 2:25-cv-00878-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| WILLIAM BINYON, Clark County Parks Police; TRAVIS NEWCOME, Clark County Parks Police; MICHAEL SMITH, Clark County Parks Police; JANE SMITH, Nevada Department of Public Safety, | |
| Defendants. | |

The Court is in receipt of another returned Order that was mailed to Plaintiff on which the United States Post Office indicates Plaintiff's address is insufficient to allow for delivery. ECF No. 16. This occurred despite an update to Plaintiff's address and removal of "General Delivery," which the Court found may have hampered delivery. ECF Nos. 13-15.

Plaintiff is again without an address to which Court documents can be delivered. Under U.S. District Court for the District of Nevada Local Rule IA 3-1, *pro se* parties must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." *Id*. Failure of a *pro se* party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id*.

Accordingly, IT IS HEREBY ORDERED that no later than **November 14, 2025,** Plaintiff must file an updated address to which U.S. Mail is deliverable.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order will result in a recommendation to dismiss this case without prejudice.

Dated this 9th day of October, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1