# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

JAMES E. COHAN,

           Plaintiff,

    v.

WILLIAM BINYON, *et al.*,

           Defendants.

Case No. 2:25-cv-00878-RFB-EJY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of the Honorable Magistrate Judge Elayna J. Youchah, which was entered on November 18, 2025 (ECF No. 20). Generally, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C). Beforehand, a party may file specific written objections to the findings and recommendations of a magistrate judge. See id.; see also LR IB 3-2(a). When written objections have been filed, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also LR IB 3-2(b). Where a party fails to object, a district court is not required to conduct "any review," *de novo* or otherwise. See Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by December 2, 2025. See ECF No. 20 at 2. To date, no objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

///

Therefore, **IT IS HEREBY ORDERED** the Report and Recommendation (ECF No. 20) is **ACCEPTED** and **ADOPTED** in full. This case is **DISMISSED** without prejudice.

The Clerk of Cour is kindly instructed to enter judgment accordingly and close this case. New filings will not be accepted in this now closed case. To the extent Plaintiff wishes to pursue the same claims, he may do so through a new action.

**DATED:** April 6, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**